FILED
CLERK
11:45 am, Jun 25, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE
For Online Publication Only

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TORNEISHA SHADEL CAMERON,

                Plaintiff,

    -against-

SUNY RESEARCH FOUNDATION FOR STONY
BROOK UNIVERSITY, *et al.*,

                Defendants.
-----------------------------------------------------------X

**ORDER**
21-CV-3555 (JMA) (AKT)

**AZRACK, United States District Judge:**

      Before the Court is the *in forma pauperis* application filed by *pro se* plaintiff Torneisha S. Cameron ("Plaintiff") (ECF No. 2.) Upon review of the declaration accompanying Plaintiff's application to proceed *in forma pauperis*, the Court finds that Plaintiff is qualified to commence this action without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's request to proceed *in forma pauperis* is GRANTED.

      IT IS HEREBY ORDERED that Plaintiff is granted leave to file the complaint without prepayment of the filing fee or security therefor; and IT IS FURTHER ORDERED that the Clerk of Court shall forward to the United States Marshal Service for the Eastern District of New York copies of Plaintiff's summonses, complaint and this Order for service upon defendants without prepayment of fees; and

      IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the Plaintiff.

**SO ORDERED**.

Dated:     June 25, 2021                                       _____/s/ (JMA)_____
             Central Islip, New York                  JOAN M. AZRACK
                                                           UNITED STATES DISTRICT JUDGE